PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Dewayne Brown                                Cr.: 15-00286-001
                                                               PACTS #: 1372441

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/22/2016

Original Offense: 18:1343; Fraud By Wire - Radio - Or Television

Original Sentence: 9 months imprisonment, 36 months supervised release

Special Conditions: $100 Special Assessment, Restitution, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Location Monitoring Program, No New Debt/Credit

Type of Supervision: Supervised Release              Date Supervision Commenced: 02/24/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mr. Brown has failed to make restitution payments, as ordered. On December 13, 2017, the offender met with his assigned officer and agreed to begin making monthly payments in the amount of $200. |

U.S. Probation Officer Action:

No Court action is requested at this time. The assigned officer plans to continue to monitor the offender's payments.

                                        Respectfully submitted,
                                        *Erika M. Arnone*
                                        By: Erika M. Arnone
                                            United States Probation Officer
                                        Date: 12/29/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

1/25/18
Date