PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Dewayne Brown  Cr.: 15-00286-001
PACTS #: 1372441

Name of Sentencing Judicial Officer: THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/22/2016

Original Offense: Count One – Wire Fraud 18 U.S.C. § 1343

Original Sentence: 9 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Location Monitoring Program, No New Debt/Credit

Type of Supervision: Supervised Release        Date Supervision Commenced: February 24, 2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Failure to comply with restitution order. |
| 2 | Failure to pay location monitoring costs as per Court order. |

U.S. Probation Officer Action:

The Probation Office is not seeking any action at this time. The offender has been advised that he has until July 2019, to demonstrate to the Court that he will comply with the restitution order and that he must strictly adhere to the payment schedule, as well as make the payments for the location monitoring costs. The offender has agreed to comply with same.

Respectfully submitted,

By: Jessica M. Alberts,
Senior U.S. Probation Officer

Date: 04/25/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)
☐ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

5/2/19
Date